IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**NATIONAL SURETY CORPORATION,**
**an Illinois corporation,**

    **Plaintiff,**

**v.**                                                                          2:12-cv-01000 SMV/LAM

**GREENSTREET, INC.,**
**a Texas corporation and DIMAR SYSTEMS, LLC,**
**a New Mexico limited liability corporation,**

    **Defendants.**

**and**

**GREENSTREET, INC., a Texas corporation,**

    **Third-Party Plaintiff,**

**v.**

**ABCO FIRE PROTECTION, INC., a Texas corporation,**

    **Third-Party Defendant.**

### STIPULATED ORDER GRANTING EXTENSION OF TIME TO FILE PLEADING RESPONSIVE TO COMPLAINT AND JURY DEMAND

    THIS MATTER is before the Court upon Defendant Dimar Systems, LLC's ("Dimar") Unopposed Motion for Extension of Time to File Pleading Responsive to Complaint and Jury Demand [Doc. 7]. The Court, having read the pleadings, being informed that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Motion for Extension of Time . . . [Doc. 7] is hereby **GRANTED**. Defendant Dimar is granted an extension

until November 14, 2012, to file a pleading responsive to Plaintiff's Complaint and Jury Demand.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**