UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NATIONAL SURETY CORPORATION,
an Illinois corporation,

    Plaintiff,

v.                                                    No. 2:12-cv-01000 BRB/LAM

GREENSTREET, INC.,
a Texas corporation and DIMAR SYSTEMS, LLC,
a New Mexico limited liability corporation,

    Defendants.

and

GREENSTREET, INC., a Texas corporation,

    Third-Party Plaintiff,

v.

ABCO FIRE PROTECTION, INC., a Texas corporation and
EVEREST INDEMNITY INSURANCE COMPANY,
a Delaware corporation,

    Third-Party Defendant.

### UNOPPOSED ORDER GRANTING DEFENDANT DIMAR SYSTEMS, LLC'S MOTION FOR LEAVE TO AMEND THE ANSWER TO COMPLAINT AND JURY DEMAND

**THIS MATTER** came before the Court on Defendant Dimar Systems, LLC's *Motion for Leave to Amend the Answer to Complaint and Jury Demand (Doc. 42)* filed April 4, 2013. On October 29, 2013, the Court held a status conference at which counsel for all parties appeared. During this conference, the Court noted that Plaintiff had not responded to Defendant Dimar's motion. Counsel for Plaintiff informed the Court and other counsel that Plaintiff did not oppose the motion and would not be filing a response. Accordingly,

Defendant Dimar filed its *Notice of Completion of Briefing (Doc. 85)* on November 4, 2013, and submitted its proposed order to the Court on November 8, 2013. The Court, therefore, **FINDS** that Defendant Dimar's motion to amend its Answer is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant Dimar Systems, LLC's *Motion for Leave to Amend the Answer to Complaint and Jury Demand (Doc. 42)* is **GRANTED**. Defendant Dimar is granted leave to file its First Amended Answer to Complaint and Jury Demand and should do so forthwith if it so desires.

**IT IS SO ORDERED.**

_Lourdes A. Martínez_
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**

SUBMITTED BY *(Prior to modifications by the Court)*:

GUEBERT BRUCKNER P.C.

By  */s/ Jennifer A. Delnick*
    Terry R. Guebert
    Jennifer A. Delnick
    P.O. Box 93880
    Albuquerque, NM 87199-3880
    (505) 823-2300
    *Attorneys for Defendant Dimar Systems, LLC*

**APPROVED AS TO FORM BY**:

By  *Approved electronically on November 8, 2013*
    Sarah E. Killeen
    Cozen O'Connor
    707 17th Street, Suite 3100
    Denver, CO 80202
    skilleen@cozen.com
    *Attorney for Plaintiff National Surety Corporation*

2

By    *Approved electronically on November 1, 2013*
      Matthew A. Jones for Candace J. Cavanaugh
      Butt Thornton & Baehr PC
      4101 Indian School Rd. NE, Suite 300S
      Albuquerque, NM 87110
      cjcavanaugh@btblaw.com
      *Attorney for Third-Party Defendant ABCO*
      *Fire Protection, Inc.*


By    *Approved electronically on November 6, 2013*
      Rebecca R. Niose
      Robert M. Doughty, III
      Doughty & West PA
      20 First Plaza NW
      Albuquerque, NM 87102
      rebecca@doughtywest.com
      rob@doughtywest.com
      *Attorneys for Defendant/Third-Party*
      *Plaintiff Greenstreet, Inc.*